SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
Jul 30, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANAVON CAINE,

Defendant.

CASE NO. 1:26-mj-00093-FJS

SEALING ORDER

**UNDER SEAL**

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: July 29, 2026

Honorable Frank J. Singer
UNITED STATES MAGISTRATE JUDGE